Charles M. Lizza
William C. Baton
Sarah A. Sullivan
Alexander L. Callo
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102-5426
(973) 286-6700
clizza@saul.com

*Attorneys for Plaintiffs Axsome Malta Ltd.*
*and Axsome Therapeutics, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **AXSOME MALTA LTD. and AXSOME THERAPEUTICS, INC.,** | **Civil Action No. _____** |
| **Plaintiffs,** | |
| v. | **(Filed Electronically)** |
| **HETERO USA INC., HETERO LABS LIMITED UNIT-V, and HETERO LABS LTD.,** | |
| **Defendants.** | |

## FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, counsel for Plaintiffs Axsome Malta Ltd. and Axsome Therapeutics, Inc. certifies the following:

1.  The full name of the parties represented by me are: Axsome Malta Ltd. and Axsome Therapeutics, Inc.

2.  Axsome Malta Ltd. is a wholly-owned subsidiary of Axsome Therapeutics, Inc., which is a publicly traded company.

Dated:  January 11, 2024

By: s/ Charles M. Lizza
    Charles M. Lizza
    William C. Baton
    Sarah A. Sullivan
    Alexander L. Callo
    SAUL EWING LLP

*Of Counsel*:

F. Dominic Cerrito
Eric C. Stops
Evangeline Shih
Gabriel P. Brier
Frank C. Calvosa
Abigail E. DeMasi
Shira M. Bergman
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York  10010
(212) 849-7000

    One Riverfront Plaza, Suite 1520
    Newark, New Jersey  07102-5426
    (973) 286-6700
    clizza@saul.com

    *Attorneys for Plaintiffs Axsome Malta*
    *Ltd. and Axsome Therapeutics, Inc.*